**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Tyler Joseph Straczek, | ) | |
| Plaintiff, | ) | No.  CIV 09-1211-PHX-DGC (DKD) |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Joseph Arpaio | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, an inmate at the Maricopa County Lower Buckeye Jail*,* filed a *pro se* Prisoner Civil Rights Complaint pursuant to 42 U.S.C. § 1983 on June 4, 2009 (Doc. #1).  The Court ordered Defendant Arpaio to  answer the Complaint on July 27, 2009 and ordered Plaintiff to return the service packet within 20 days (Doc. ##4, 5).  The Court warned Plaintiff that "failure to timely comply with every provision of this Order, including these warnings, may result in dismissal of this action without further notice" (*Id*. at 4).  As of this date, Plaintiff has not returned the service packet.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall dismiss Plaintiff's Complaint without further notice to Plaintiff if he fails to show cause within 20 days for his failure to comply with the Court's orders.

DATED this 24th day of September, 2009.

David G. Campbell
United States District Judge